```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA,

                                                                                                     Plaintiff

        vs.               CIVIL ACTION NO. 5:08CV149DCB-JMR

Cleveland Edwards ,

                                                                                                     Defendant

## **FINAL JUDGMENT**

On motion ore tenus of the United States Attorney to dismiss this case against Cleveland Edwards, defendant, without prejudice, on the grounds that the defendant cannot be found in the Southern District of Mississippi, as shown by the return of the United States Marshal filed in this cause;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this case be and the same is hereby dismissed without prejudice.

ORDERED AND ADJUDGED this __7th__ day of __May__, 2008.

                                                           s/ David Bramlette
                                       UNITED STATES DISTRICT JUDGE